BEFORE THE THIRD DIVISION, JANUARY 5, 1960

No. 63677.—R. U. Delapenha & Co., Inc. v. United States, protest 120900–K (Tampa).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiff was sustained.

No. 63678.—R. C. Williams & Co., Inc. v. United States, protests 125956–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiff was sustained.